In the Matter of FRANK O. BAUER, Treasurer of Rochester State Hospital, Appellant. THOMAS BYRNE, SR., Respondent.

Argued October 11, 1943; decided November 24, 1943.

*Nathaniel L. Goldstein,* Attorney-General (*Henry S. Manley, Orrin G. Judd* and *Ruth K. Toch* of counsel), for appellant.

*C. N. Whitman* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.